564

377 A.2d 181

Commonwealth v. Mihaliak, Appellant.

Submitted March 22, 1976. Edward F. Browne, Jr., for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 182

Commonwealth, Appellant, v. Miller.

Submitted September 13, 1976. William T. Nicholas, District Attorney, for Commonwealth, appellant; Calvin S. Drayer, Jr., Assistant Public Defender, for appellee.

OPINION PER CURIAM: The order denying the Commonwealth's petition for extension of time for the commencement of trial, pursuant to Pa.R.Crim.P. 1100(c), is reversed. The case is remanded for further hearing and for findings on whether the prosecution exercised due diligence and whether the judicial delay was justified in light of *Commonwealth v. Mayfield*, 469 Pa. 214, 364 A.2d 1345 (1976).